IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YVONNE DENA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-00114 |
| | § | |
| RESURGENT CAPITAL SERVICES, L.P., | § | |
| | § | |
|     Defendant. | § | |

## ORDER ON NOTICE OF VOLUNTARY DISMISSAL

On September 28, 2023, the parties notified the Court that a settlement has been reached.[1]

On October 23, 2023, Plaintiff filed a notice of voluntary dismissal of this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[2]  This rule permits the plaintiff to dismiss an action against any defendant without a court order. *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (*en banc*).

Defendants have not filed an answer, a motion for summary judgment, or any motion "sufficiently equivalent to a motion for summary judgment" that would preclude a plaintiff from voluntarily dismissing under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *Amerijet Int'l, Inc. v. Zero Gravity Corp. (In re Amerijet Int'l, Inc.)*, 785 F.3d 967 (5th Cir. 2015).

Accordingly, all claims made in this case have been dismissed with prejudice.  The District Clerk is directed to close this case.

Signed on October 24, 2023.

                                                *Karen Betancourt*
                                              Karen Betancourt
                                              United States Magistrate Judge

---

[1] Docket No. 7 (Notice of Settlement)
[2] Docket No. 9 (Notice of Dismissal)